Frankie WILLIAMS, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

Jan. 21, 1966.

Frankie Williams, pro se.

Robert Matthews, Atty. Gen., John B. Browning, Asst. Atty. Gen., for appellee.

WILLIAMS, Judge.

In his motion under RCr 11.42, the appellant alleges he was denied a continuance at his trial for various reasons. The record shows he was represented by counsel and that no motion or request for a continuance was made.

Relief was properly denied.

The judgment is affirmed.